UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GREGORY BESTER,                              Civil No. 08-5403 ADM/AJB

       Petitioner,

       v.                                                     O R D E R

DWIGHT L. FONDREN, Warden,

       Respondent.

___

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 6, 2008, all the files and records, and no objections having been filed to said Recommendation,

      IT IS HEREBY ORDERED that this action is **DISMISSED WITHOUT PREJUDICE**.

DATED: December 4, 2008.

                                         s/Ann D. Montgomery
                                         _____
                                         Judge Ann D. Montgomery
                                         U. S. District Court